NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CRAIG CALHOUN,                            )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-363
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
                                          )
_____)

Opinion filed February 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Craig Calhoun, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Magaly Rodriguez,
Assistant Attorney General, Miami, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.